■ BONNIE YOUNG et al., Respondents, v BARBARA LACY, Appellant. (Appeal No. 1.) [992 NYS2d 657]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 23, 2013. The order and judgment awarded money damages to plaintiff Bonnie Young.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Peradotto, Carni and Lindley, JJ.